DATE  10/31/19
LOCATION  Plano
JUDGE  Kimberly C. Priest Johnson
DEPUTY CLERK  Toya McEwen
COURT REPORTER  Digital Recording
INTERPRETER:
USPO: J. Jarman + Loren Dudley
BEGIN: 11:21 am

CASE NUMBER  4:19-cr-264  SDJ/KPJ
USA  Jay Combs  _____ Assigned
  V   Jay Combs  _____ Appeared

Gary Collin Bussell  (1)
Ben Westin  (2)
Scott Perras  (3)
Frank Eric Dockery  (4)

**Defendants**

_____  (1)
John Wilson, Ret  (2) appeared
_____  (3)
_____  (4)

**Attorneys**

☑ INITIAL APPEARANCE
☐ ARRAIGNMENT as to _____
☐ DETENTION HEARING as to _____

☑ Hearing Held  ☐ Hearing Called  ☑ Defendants Sworn  ☐ Interpreter required
☑ Dft # 1 appears: ☐ with ☑ without counsel  appearing on Indictment
☑ Dft # 2 appears: ☑ with ☐ without counsel  appearing on Indictment
☑ Dft # 3 appears: ☐ with ☑ without counsel  appearing on Indictment
☑ Dft # 4 appears: ☐ with ☑ without counsel  appearing on Indictment

☑ Defendants  1, 2, 3, + 4  are the individuals named in the Indictment.
☐ Defendant ____ is not the person as named in the Indictment, _____ name given.
☑ Date of Arrest  All on 10/30/19

Defendants _____
☑ advised of right to counsel   ☑ received copy of indictment   ☑ waived reading of indictment
☑ advised of charges   ☑ advised of maximum penalties

☑ DFT # 1 advises the Court that he/she ☑ has counsel who is  Daly Haffar  or,  will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
☐ DFT # 1 Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ _____ appointed   ☐ U.S. Pub Defender _____ appointed

☑ DFT # 2 advises the Court that he/she ☑ has counsel who is  John Wilson  or, ☑ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
☐ DFT # 2 Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ _____ appointed   ☐ U.S. Pub Defender _____ appointed

CRIM 92-116    ☐ See reverse/attached for additional proceedings    11:33 Adjourn am

| | |
|---|---|
| ☐ | **DFT # 3** advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel. |
| ☐ | If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed. |
| ☑ | **DFT # 3** Requests appointed counsel, is sworn & examined re: financial status. |
| ☑ | Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel. |
| ☐ | _____ appointed ☑ . U.S. Pub Defender _To be_ appointed |

| | |
|---|---|
| ☐ | **DFT # 4** advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel. |
| ☐ | If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed. |
| ☑ | **DFT # 4** Requests appointed counsel, is sworn & examined re: financial status. |
| ☑ | Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel. |
| ☑ | _CJA To be_ appointed ☐ . U.S. Pub Defender _____ appointed |

| | |
|---|---|
| ☑ | ORAL Motion for detention by USA ☑ ORAL Motion for continuance by USA ☑ Oral Order granting ☐ Oral Order denying |
| ☐ | Defendants _____ ORAL motion to continue detention hearing ☐ Oral Order granting ☐ Oral Order denying |
| ☑ | Detention Hrg set _Mon 11/4/19 @ 9:30 am_ } _before Judge Nowak in Sherman, TX._ |
| ☑ | Arraignment set _Mon 11/4/19 @ 9:30 am_ } _on Dfts 1, 2, 3 + 4._ |
| ☐ | Order setting conditions of release _____ |
| ☐ | Defendant _____ signed Waiver of Detention Hearing and remanded to custody of U.S. Marshal. |
| ☐ | Order of Detention |
| ☑ | Defendants _1, 2, 3 + 4_ remanded to custody of U.S. Marshal. |

## ARRAIGNMENT

| | |
|---|---|
| ☐ | Arraignment held. ☐ Arraignment called. ☐ Arraignment reset: _____ |

☐ Dft # 1 ☐ sworn
  ☐ received copy of charges ☐ discussed charges with counsel ☐ charges read
  ☐ waived reading of charges

Dft enters a plea of: ☐ not guilty ☐ guilty ☐ nolo ☐ guilty - lesser
to counts: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____
☐ all counts ☐ indictment includes forfeiture provisions

☐ Dft # 3 ☐ sworn
  ☐ received copy of charges ☐ discussed charges with counsel ☐ charges read
  ☐ waived reading of charges

Dft enters a plea of: ☐ not guilty ☐ guilty ☐ nolo ☐ guilty - lesser
to counts: ☑ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☑ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____
☐ all counts ☐ indictment includes forfeiture provisions

☐ Dft # 4 ☐ sworn
  ☐ received copy of charges ☐ discussed charges with counsel ☐ charges read
  ☐ waived reading of charges

**CRIM 92-116**      ☐ See reverse/attached for additional proceedings      _____ Adjourn