IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Case No. 4:19CR264 |
| GARY COLLIN BUSSELL (1) § | Judge Jordan |
| BEN WESTIN (2) § | |
| SCOTT PERRAS (3) § | |
| FRANK ERIC DOCKERY (4) § | |
| WILLIAM GRANT ALLBROOK (5) § | |
| AUSTIN SEYMOUR (6) § | |
| LISA YOUNG (7) § | |
| GEORGE WAGNER, III (8) § | |
| GINA CORWIN (9) § | |
| TODD SHEWMAKE (10) § | |

## ORDER UNSEALING INDICTMENT

On this day came on to be considered the United States' Motion to Unseal Indictment in the above captioned matter, and upon consideration of the same, the Court is of the opinion that said Motion (Dkt. 64) should be **GRANTED**.

IT IS THEREFORE ORDERED that Indictment in the above captioned matter is unsealed as to the following Defendants:

**GARY COLLIN BUSSELL (1)**
**BEN WESTIN (2)**
**SCOTT PERRAS (3)**
**FRANK ERIC DOCKERY (4)**
**WILLIAM GRANT ALLBROOK (5)**
**AUSTIN SEYMOUR (6)**
**LISA YOUNG (7)**
**GEORGE WAGNER, III (8)**
**GINA CORWIN (9)**
**TODD SHEWMAKE (10)**

**So ORDERED and SIGNED this 6th day of November, 2019.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE